UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>        Plaintiff,<br><br>   vs.<br><br>NEWSOM, et al.,<br><br>        Defendant. | 1:23-cv-00064-GSA-PC<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $402.00 FILING FEE**<br><br>**DEADLINE: JULY 7, 2023** |

      Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on December 23, 2022 at the United States District Court for the Northern District of California, and on January 13, 2023, the case was transferred to the United States District Court for the Eastern District of California. (ECF Nos. 1, 7.)

      Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **IT IS HEREBY ORDERED** that:

      1.     The Clerk's Office shall send to Plaintiff a form for application *to proceed in forma pauperis*;

2. **On or before July 7, 2023**, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis*, or in the alternative, pay the $402.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **June 12, 2023**                    /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE