UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>      Plaintiff,<br><br>  vs.<br><br>NEWSOM, et al.,<br><br>      Defendant. | **1:23-cv-00064-GSA-PC**<br><br>**ORDER STRIKING DOCUMENT FOR LACK OF SIGNATURE**<br><br>**(ECF No. 13.)** |

      Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 23, 2022 at the United States District Court for the Northern District of California. (ECF No. 1.)  On January 13, 2023, the case was transferred to the United States District Court for the Eastern District of California. (ECF No. 7.)

      On June 21, 2023, Plaintiff filed a document requesting the Court to schedule a settlement conference for this case. (ECF No. 13.)  The document is unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's document, filed on June 21, 2023, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

    Dated:   **July 18, 2023**                    **/s/ Gary S. Austin**
                                                                               UNITED STATES MAGISTRATE JUDGE