UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>         Plaintiff,<br><br>    vs.<br><br>NEWSOM, et al.,<br><br>         Defendants. | **1:23-cv-00064-ADA-GSA-PC**<br><br>**ORDER DIRECTING CLERK TO REDESIGNATE CASE AS PETITION FOR HABEAS CORPUS AND RANDOMLY ASSIGN CASE TO A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN** |

On December 23, 2022, Cottrell L. Broadnax filed the present action as a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Court has reviewed the complaint and determined that it is not a § 1983 action, but petition for writ of habeas corpus. Therefore, the Clerk of the Court shall be directed to redesignate this case as a petition for writ of habeas corpus.

Accordingly, the Clerk of Court is DIRECTED to:

1. Change the designation of this case to reflect that of a habeas corpus action; and
2. Randomly assign the case to a magistrate judge other than Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   **September 7, 2023**                    **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE