1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

11  COTTRELL BROADNAX,                          Case No.  1:23-cv-00064-NODJ-SKO (HC)

12          Petitioner,                        ORDER DENYING MOTIONS FOR
                                               APPOINTMENT OF COUNSEL
13       v.
                                               [Docs. 22, 40]
14  CDCR, et al.,

15          Respondents.

16

17       Petitioner has requested the appointment of counsel.  There currently exists no absolute

18  right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d

19  479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title

20  18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

21  interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

22  present case, the Court does not find that the interests of justice require the appointment of

23  counsel at the present time.

24       Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of

25  counsel is DENIED.

26

27  IT IS SO ORDERED.

28  Dated:   __**January 4, 2024**__                    ____ /s/ *Sheila K. Oberto* ____

1

1

UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28